IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,**

       **Plaintiff,**

v.                                                   **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

       **Defendants.**

## ORDER GRANTING OPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**THIS MATTER** comes before the Court on Defendants' *Opposed Motion for Withdrawal and Substitution of Counsel (Doc. 59)*, filed May 17, 2012. On May 18, 2012, Plaintiff filed a response to the motion (*Doc. 62*), and on May 24, 2012, the Court held a hearing on the motion at which counsel for all parties appeared. *See **Clerk's Minutes** (Doc. 80)*. The motion asks the Court to allow the withdrawal of Lance Richards and his law firm, and the substitution of Alfred L. Green and Monica R. Garcia and their law firm, as counsel for Defendant Desert Trailer Systems, Inc. The Court notes that Plaintiff's opposition to the motion was based on Plaintiff's concern that the substitution of counsel would cause delay in this case. This issue appears to be moot since Ms. Garcia has withdrawn her motion for an extension of time to respond to discovery requests on behalf of Defendant Desert Trailer. *See* [*Doc. 75*] withdrawing [*Doc. 60*]. In addition, the parties reached an agreement at the May 24, 2012 hearing regarding moving this case forward for the scheduled June 6, 2012 mediation. For these reasons, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that, for the reasons stated above, Defendants' *Opposed Motion for Withdrawal and Substitution of Counsel (Doc.59)* is **GRANTED**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**