IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,**

      **Plaintiff,**

v.                                            **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

      **Defendants.**

## ORDER SETTING DEADLINE FOR ENTRY OF APPEARANCE

      **THIS MATTER** comes before the Court *sua sponte*. On May 24, 2012, the Court held a hearing in this case at which counsel for all parties attended regarding issues related to discovery, entry of new counsel, and the mediation set in this case for June 6, 2012. *See **Clerk's Minutes** (Doc. 80)*. Pursuant to the Court's rulings at that hearing,

      **IT IS THEREFORE ORDERED** that new counsel for Defendant Bocanegra enter an appearance no later than **May 31, 2012**.

      **IT IS SO ORDERED.**

                                              */s/ Lourdes A. Martínez*
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**