IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,**

      **Plaintiff,**

**v.**                                            **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

      **Defendants.**

## ORDER REGARDING INSURANCE ADJUSTER'S ATTENDANCE AT MEDIATION

**THIS MATTER** comes before the Court *sua sponte*. On May 24, 2012, the Court held a hearing in this case at which counsel for all parties attended regarding issues related to discovery, entry of new counsel, and the mediation set in this case for June 6, 2012. *See* **Clerk's Minutes** *(Doc. 80)*. Pursuant to the Court's rulings at that hearing,

**IT IS THEREFORE ORDERED** that the insurance adjuster for National Insurance Company be available by phone for the June 6, 2012 mediation with Paul Bardacke.

**IT IS SO ORDERED.**

                                                                _____
                                                                **LOURDES A. MARTÍNEZ**
                                                                **UNITED STATES MAGISTRATE JUDGE**