IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,**

      **Plaintiff,**

**v.**                                                    **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

      **Defendants.**

## ORDER REGARDING WAIVERS OF CONFLICT

      **THIS MATTER** comes before the Court *sua sponte*. On May 24, 2012, the Court held a hearing in this case at which counsel for all parties attended regarding issues related to discovery, entry of new counsel, and the mediation set in this case for June 6, 2012. *See* **Clerk's Minutes** *(Doc. 80)*. Pursuant to the Court's rulings at that hearing,

      **IT IS THEREFORE ORDERED** that counsel for all three Defendants consult with their clients and, <u>if</u> their clients consent, file (as available to Case Participants Only) written <u>limited</u> waivers of the conflict regarding Mr. Richards' representation of Michael Most Trucking through the conclusion of the June 6 mediation only.

      **IT IS SO ORDERED.**

                                                      */s/ Lourdes A. Martínez*
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**