IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as Wrongful Death Personal Representative of THE ESTATE OF JOSEPH PORTILLO,**

      **Plaintiff,**

v.                                       **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

      **Defendants.**

## ORDER REGARDING COUNSEL FOR MICHAEL MOST TRUCKING

**THIS MATTER** comes before the Court *sua sponte*. On May 24, 2012, the Court held a hearing in this case at which counsel for all parties attended regarding issues related to discovery, entry of new counsel, and the mediation set in this case for June 6, 2012. *See **Clerk's Minutes** (Doc. 80)*. Pursuant to the Court's rulings at that hearing,

**IT IS THEREFORE ORDERED** that, if this case does not settle at the June 6, 2012 mediation, new counsel for Michael Most Trucking enter an appearance no later than ***June 20, 2012***.

**IT IS SO ORDERED.**

                                                _____
                                                **LOURDES A. MARTÍNEZ**
                                                **UNITED STATES MAGISTRATE JUDGE**