IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,**

    **Plaintiff,**

v.                                                                                **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

    **Defendants.**

## ORDER REGARDING DEADLINES FOR REPLIES TO MOTIONS TO COMPEL

    **THIS MATTER** comes before the Court *sua sponte*. On May 24, 2012, the Court held a hearing in this case at which counsel for all parties attended regarding issues related to discovery, entry of new counsel, and the mediation set in this case for June 6, 2012. *See* **Clerk's Minutes** *(Doc. 80)*. Pursuant to the Court's rulings at that hearing,

    **IT IS THEREFORE ORDERED** that, if this case does not settle at the June 6, 2012 mediation, the deadlines for all of the replies to the four pending motions to compel are extended so that they are due **ten (10) days after new counsel for Defendant Michael Most Trucking enters his or her appearance**.

    **IT IS SO ORDERED.**

                                                 */s/ Lourdes A. Martínez*
                                                 **LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**