IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as**
**Wrongful Death Personal Representative of**
**THE ESTATE OF JOSEPH PORTILLO,**

     **Plaintiff,**

**v.**                                                     **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

     **Defendants.**

## ORDER REINSTATING DISCOVERY DEADLINES

**THIS MATTER** comes before the Court upon the parties' notification to the Court that this case did not settle at the June 6, 2012 private mediation. Therefore, the Court's order staying discovery as to Defendants Bocanegra and Michael Most Trucking [*Doc. 82*] was lifted as of June 7, 2012, and Defendant Bocanegra's responses to Plaintiff's discovery requests are due no later than **June 15, 2012**. In addition, new counsel for Defendant Michael Most Trucking must enter an appearance no later than **June 20, 2012** [*Doc. 86*], and replies to *Documents 37, 38, 39* and *46*, are due no later than **10 days** after counsel for Michael Most Trucking enters his or her appearance [*Doc. 87*].

    Even though counsel for Plaintiff is requesting a new Rule 16 Scheduling Conference, the parties have not made a showing that they cannot meet the deadlines currently set forth in the Court's ***Order Granting Joint Stipulated Motion to Extend Deadlines*** (*Doc. 45)*. Therefore, the following deadlines remain in effect:

| | |
|---|---|
| **Termination of Discovery:** | September 6, 2012 |
| **Motions relating to discovery filed by:** | September 27, 2012 |
| **Plaintiff shall identify experts and provide reports by:** | July 6, 2012 |
| **Defendant shall identify experts and provide reports by:** | August 6, 2012 |
| **Deadline to file pretrial motions:** | October 17, 2012 |
| **Pretrial Order from Plaintiff to Defendants by:** | January 7, 2013 |
| **Pretrial Order from Defendants to Court by:** | January 28, 2013 |

*These deadlines shall not be extended again without approval of the Court upon a motion setting forth exceptional cause for extension.*

IT IS SO ORDERED.

_Lourdes A. Martínez_
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**