IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**NOREEN SALAZAR, Individually, and as**
**Wrongful Death Personal Representative of**
**THE ESTATE OF JOSEPH PORTILLO,**

      **Plaintiff,**

**v.**                                               **No. 12cv0053 MV/LAM**

**GINA BOCANEGRA, et al.,**

      **Defendants.**

## ORDER TO NOTIFY THE COURT REGARDING THE STATUS OF DOCUMENTS 88, 94, 95 AND 96

**THIS MATTER** is before the Court *sua sponte* and on **Plaintiff's Motion for Sanctions** [*Doc. 88*], **Plaintiff's Motion to Compel Defendant Desert Trailer Systems, Inc.'s Answers to Plaintiff's First Interrogatories** [*Doc. 94*], **Motion to Compel Defendant Desert Trailer Systems, Inc.'s Answers to Plaintiff's First Requests for Production** [*Doc. 95*], and Plaintiff's **Motion to Test the Sufficiency of Defendant Desert Trailer Systems, Inc's Responses to [Plaintiff's] First Request for Admissions** [*Doc. 96*]. While Defendant Desert Trailer has filed responses to each of these motions [*Docs. 99, 108, 109 and 110,* respectively], no replies have been filed, and the time for doing so has passed. The Court notes that each of these motions concern Defendant Desert Trailer Systems, Inc., and notes further that the record of this case indicates that Defendant Desert Trailer settled with Plaintiff within a few days of filing its last response to these motions. *See* **Notice of Acceptance of Desert Trailer Systems, Inc.'s Offer of Judgment** *(Doc. 111)*. It is unclear whether the parties wish to pursue these motions, or if they are now moot

based on settlement with Defendant Desert Trailer, who presumably will be dismissed eventually from this action, or for any other reasons. The Court, therefore, orders the parties to notify the Court by filing a notice with the Court no later than **Wednesday, August 1, 2012** as to whether these motions are still being briefed or are now moot.

    **IT IS SO ORDERED.**


                                                        _____
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**