IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,

      Plaintiff,

vs.                                      Case No: 12-CV-0053 MV/LAM

GINA BOCANEGRA, MICHAEL MOST
TRUCKING, INC., an Arizona For-Profit
Corporation, and DESERT TRAILER SYSTEMS,
INC., an Arizona For-Profit Corporation,

      Defendants.

## JUDGMENT AGAINST DEFENDANT DESERT TRAILER SYSTEMS, INC.

THIS MATTER having come before the Court pursuant to the Stipulated Motion for Entry of Judgment Against Defendant Desert Trailer Systems, Inc. [Doc. 128], and this Court having reviewed the Motion, related pleadings, and being otherwise fully advised in the premises, FINDS the Rule 68 Offer of Judgment filed by Defendant Desert Trailer Systems, Inc. was accepted by Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of the Plaintiff and against Defendant Desert Trailer Systems, Inc., in the amount of Three Hundred Thousand ($300,000.00) Dollars. Said Judgment shall include interest calculated at the rate of 0.17% (Treasury 1-year weekly average effective September 10, 2012) per year from the date of entry of this Judgment amount, pursuant to 28 USC 1961a.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

SUBMITTED BY AND APPROVED BY:

WILL FERGUSON & ASSOCIATES

*/s/ Robert M. Ortiz*
ROBERT M. ORTIZ
*Attorneys for Plaintiff*
1720 Louisiana Blvd. NE, Suite 100 Albuquerque, NM 87110
(505) 2435566
robert@fergusonlaw.com

and

BUTT, THORNTON & BAEHR

*/s/ Monica R. Garcia*
MONICA R. GARCIA
*Attorneys for Defendant Desert Trailer Systems, Inc.*
Post Office Box 3170 Albuquerque, NM 87190
(505) 8840777
mrgarcia@btblaw.com

2