IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

NOREEN SALAZAR, Individually, and as
Wrongful Death Personal Representative of
THE ESTATE OF JOSEPH PORTILLO,

        Plaintiff,

vs.                                            Case No:  12-CV-0053 MV/LAM

GINA BOCANEGRA, MICHAEL MOST
TRUCKING, INC., an Arizona For-Profit
Corporation, and DESERT TRAILER SYSTEMS,
INC., an Arizona For-Profit Corporation,

        Defendants.

## JUDGMENT AGAINST DEFENDANTS
## GINA BOCANEGRA AND MICHAEL MOST TRUCKING, INC.

      THIS MATTER having come before the Court pursuant to the Stipulated Motion for Entry of Judgment Against Defendants Gina Bocanegra and Michael Most Trucking, Inc. [Doc. 139], and this Court having reviewed the Motion, related pleadings, and being otherwise fully advised in the premises, FINDS Judgment should be entered jointly and severely against Defendants Gina Bocanegra and Michael Most Trucking, Inc.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Judgment is hereby entered in favor of the Plaintiff and against Defendants Gina Bocanegra and Michael Most Trucking, Inc., jointly and severely, in the amount of Six Million Two Hundred Thousand ($6,200,000.00) Dollars.  Said Judgment shall include interest calculated

at the rate of 0.17% (Treasury 1-year weekly average effective September 10, 2012) per year from the date of entry of this Judgment amount, pursuant to 28 U.S.C. Section 1961a.

_____
MARTHA VÁZQUEZ
UNITED STATES DISTRICT JUDGE

APPROVED:

          /s/ Robert M. Ortiz          
ROBERT M. ORTIZ
*Attorneys for Plaintiff*
1720 Louisiana Blvd. NE, Suite 100
Albuquerque, NM  87110
(505) 243-5566
robert@fergusonlaw.com

SIMONE, ROBERTS & WEISS, PA

          /s/ David Frizzell          
DAVID FRIZZELL
*Attorney for Defendant Gina Bocanegra*
1200 Lomas Blvd., NE, Suite 210
Albuquerque, NM  87112
dfrizzell@srw-law.com
(505) 298-9400

LAW OFFICES OF BRUCE MCDONALD

          /s/Bruce McDonald          
BRUCE S. MCDONALD
TRACY JENKS
*Attorneys for Defendant Michael Most Trucking, Inc.*
211 12th Street NW
Albuquerque, NM  87102
bsmlegal@aol.com
254-2854